# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Kimberly Lowry, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 21-cv-2189 PJS/TNL |
| City of Minneapolis, Minneapolis Public Housing Authority, Community Housing Resources, | |
| Defendants. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

plaintiff's motion to remand [ECF No. 5] is GRANTED. This action is REMANDED to the District Court for the Fourth Judicial District, County of Hennepin, State of Minnesota.

Date: 7/15/2022                                                                 KATE M. FOGARTY, CLERK